UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff(s),                                 Case No. 18-20368

v.                                                 Honorable Linda V. Parker

David Katz, et al

      Defendant(s).
_____/

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date: July 30, 2018                          s/Linda V. Parker
                                                               Linda V. Parker
                                                               U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Matthew F. Leitman. Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: July 30, 2018                          s/N. Ahmed
                                                               Deputy Clerk